Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Proposed Attorneys for Shelley D. Krohn, Trustee*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ALESSI & KOENIG, LLC,<br><br>Debtor. | Case No. BK-S-16-16593-abl<br><br>Chapter 7<br><br>**TRUSTEE'S EX PARTE APPLICATION TO EMPLOY COUNSEL UNDER GENERAL RETAINER NUNC PRO TUNC**<br><br>[No Hearing Requested] |

Shelley D. Krohn, the Chapter 7 Trustee (the "Trustee"), appointed in the above-captioned bankruptcy case (the "Chapter 7 Case"), respectfully requests that the Court approve the employment of Schwartzer & McPherson Law Firm ("S&MLF") pursuant to section 327(a) of the Bankruptcy Code[1] and Bankruptcy Rule 2014(a) as counsel for the Trustee, *nunc pro tunc* to December 15, 2016. This Application is also based upon the Declaration of Jeanette E. McPherson filed concurrently with this Application and the following Points and Authorities:

## I. BACKGROUND

1. Alessi & Koenig, LLC, (the "Debtor") filed for relief under Chapter 7 of the Bankruptcy Code on December 13, 2016 (the "Petition Date"). The Trustee has duly qualified and is the acting Chapter 7 Panel Trustee of Debtor's bankruptcy estate.

/ / /

/ / /

[1] Unless otherwise expressly stated, all Chapter and Section references are to 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and all Rule references are to the Federal Rules of Bankruptcy Procedure, 1001-9037 (the "Rule(s)").

## II. JURISDICTION

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## III. SCOPE OF REPRESENTATION

3. S&MLF is composed of attorneys who generally limit their practice to the areas of insolvency, reorganization, related litigation, and bankruptcy law. S&MLF is well qualified to represent the Trustee as her bankruptcy counsel. S&MLF has represented numerous debtors, trustees, creditors, unsecured creditors' committees, and other parties-in-interest, and is well qualified to act as attorneys for the Trustee. S&MLF will serve as counsel to the Trustee. S&MLF will provide, without limitation, some or all of the following legal services:

(a) Assist Trustee in addressing issues relating to the Debtor's former operations as a law firm, including without limitation, collecting accounts receivable, disbursing client retainers, addressing issues regarding pending litigation, and addressing issues regarding client files;

(b) Advise Trustee with respect to rights, powers, and duties as trustee;

(c) Assist in advising the Trustee in negotiating, reviewing, drafting documents and pleadings, and consummating any transactions contemplated during this Chapter 7 Case;

(d) Assist Trustee with review and resolution of claims asserted against the Debtor's estate, including claims objection and claims estimation proceedings;

(e) Assist with any and all litigation necessary or appropriate to assert rights held by the Trustee or to defend or protect assets of the Debtor's estate;

(f) Advise and assist the Trustee with actions that she might take to collect and recover property for the benefit of the Debtor's estate; and

(g) Assist with obtaining authorization of the Trustee to operate the Debtor.

4. To the best of the Trustee's and S&MLF's knowledge, S&MLF is disinterested

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

within the meaning of Section 101(14) of the Bankruptcy Code in that S&MLF, its shareholders, counsel and associates:

(a) are not creditors or insiders of the Debtor;

(b) are not and were not, within two years before the date of this application, a director, officer, or employee of Debtor as specified in subparagraph (c) of 11 U.S.C. § 101(14);

(c) do not hold an interest materially adverse to the interest of the estate or of any class of creditors or equity holders except as stated herein.

5. S&MLF believes S&MLF does not represent or otherwise have other connections with any persons or entities in this case except that the Trustee regularly employs S&MLF to represent bankruptcy estates in other unrelated bankruptcy cases in which she is the Trustee. S&MLF also makes the following disclosures of connections to parties listed by the Debtor as creditors in this case:

(a) S&MLF have been involved in cases unrelated to this bankruptcy case with The Law Offices of Ryan Alexander PLLC.

6. S&MLF does not believe S&MLF represents any interest adverse to the Debtor, the bankruptcy estate, the Chapter 7 Trustee, or any other party in interest herein, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee in matters upon which it will be engaged as counsel.

7. Pursuant to FRBP 2014, this application is accompanied by the Declaration of Jeanette E. McPherson of the Schwartzer & McPherson Law Firm. The Declaration sets forth, to the best of the declarant's knowledge, S&MLF's connections (see ¶5) with the Debtor, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

8. This Application sets forth, to the best of Applicant's knowledge, S&MLF's connections (see ¶5) with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States trustee.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

9. S&MLF will supplement these disclosures in the event further connections are discovered regarding persons or entities that later become identified as parties in interest in this case.

## IV. COMPENSATION ARRANGEMENT

10. Subject to Court approval, in accordance with 11 U.S.C. §330, the Trustee seeks to retain S&MLF on an hourly basis at the customary and standard rates that S&MLF charges for similar representation, plus reimbursement of actual and necessary expenses incurred by S&MLF in performing its duties.

11. S&MLF expects that its compensation will be based upon a combination of factors, including without limitation, experience of counsel, time expended, results achieved, difficulty of matters undertaken and S&MLF's hourly rates billed at the rate of $450.00 for Jeanette E. McPherson and various hourly rates for other counsel and support staff within S&MLF as set forth in Exhibit "A" to the Declaration of Jeanette E. McPherson filed concurrently with this Application. S&MLF will not seek to raise the rates of any member of S&MLF for a minimum of six (6) months after the date of the entry of the order approving its employment. S&MLF reserves the right to seek an increase in hourly rates in accord with the U.S. Trustee's Guideline on this matter.

12. No payments have been made or promised to S&MLF for services rendered in any capacity whatsoever in connection with the Chapter 7 Case.

13. There is no agreement or understanding between S&MLF or any other entity for the sharing of compensation to be received for services rendered in or in connection with this Chapter 7 case. No compensation will be paid to S&MLF except as authorized by order of this Court, after notice and an opportunity for a hearing.

## V. NUNC PRO TUNC EMPLOYMENT

14. The Trustee requests the firm be employed *nunc pro tunc* to December 15, 2016, the date that the Trustee first contacted counsel to discuss the potential issues that must be addressed in this matter.

15. Pursuant to 11 U.S.C. §327(a) and FRBP 2014(a), trustee's counsel typically

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

cannot recover fees for services rendered to an estate unless the firm's employment has been authorized by the Bankruptcy Court. Bankruptcy courts in the Ninth Circuit, however, possess the equitable power to retroactively approve a professional's valuable but unauthorized services. In re Atkins, 69 F.3d 970, 973 (9th Cir.1995). In Atkins, the Ninth Circuit noted there are a number of factors that a bankruptcy court can consider in determining whether *nunc pro tunc* approval of professional employment should be authorized. At a minimum, the subject professionals "must (1) satisfactorily explain their failure to receive prior judicial approval [of their employment]; and (2) demonstrate that their services benefitted the bankruptcy estate in a significant manner." In re Atkins, 69 F.3d at 974 and 975–76, citing Halperin v. Occidental Fin. Grp., Inc. (In re Occidental Fin. Grp., Inc.), 40 F.3d 1059, 1062 (9th Cir.1994); and Okamoto v. THC Fin. Corp. (In re THC Fin. Corp.), 837 F.2d 389, 392 (9th Cir.1988).

16. In this case, time was spent by counsel discussing this matter with the Trustee and how to proceed with the immediate issues presented to her in this case. This pre-Application work was necessary to determine if engagement of counsel by the Trustee (and the expense of an employment application) was even economically prudent. Once the Trustee determined that it was in the interest of the estate to incur the expense of engaging counsel, this Application was prepared and submitted. This pre-Application work was undertaken for the benefit of the bankruptcy estate and any fees claimed for this period will still be subject to review and approval by the Court if S&MLF seeks compensation for its services pursuant to 11 U.S.C. § 330 and FRCP 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**CONCLUSION**

The Trustee requests that the Court enter an order authorizing the Trustee to employ Schwartzer & McPherson Law Firm as her counsel, *nunc pro tunc* to December 15, 2016, to render services as described above, with compensation at the expense of the Debtor's estate to be in such amount as the Court may hereafter allow.

DATED: December 16, 2016.

SHELLEY D. KROHN, TRUSTEE

Prepared by:

*/s/ Jeanette E. McPherson*

Jeanette E. McPherson, Esq.
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Proposed Attorneys for Shelley D. Krohn, Trustee*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122