Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

*Proposed Attorneys for Shelley D. Krohn, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ALESSI & KOENIG, LLC,<br><br>Debtor. | Case No. BK-S-16-16593-abl<br><br>Chapter 7<br><br>**DECLARATION OF JEANETTE E. MCPHERSON SUPPORTING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY COUNSEL UNDER GENERAL RETAINER NUNC PRO TUNC**<br><br>[No Hearing Requested] |

I, Jeanette E. McPherson, declare the following under penalty of perjury:

1. I am an attorney and counselor at law, duly admitted to practice before all Courts of the State of Nevada and before the United States District Court for the District of Nevada.

2. I am an attorney with the Schwartzer & McPherson Law Firm (the "S&MLF"). S&MLF maintains offices at 2850 South Jones Blvd., Suite 1, Las Vegas NV 89146.

3. S&MLF seeks authorization to be retained by Shelley D. Krohn, Chapter 7 Trustee ("Trustee") herein, as her legal counsel and for the purpose of representing the Trustee and the bankruptcy estate as more particularly set forth in the Trustee's Application on file herein.

4. A summary of the hourly billing rates for the Schwartzer & McPherson Law Firm is attached hereto as **Exhibit A.**

5. To the best of my knowledge, S&MLF is disinterested within the meaning of Section 101(14) of the Bankruptcy Code in that S&MLF, its shareholders, counsel and associates (a) are not creditors or insiders of the Debtor, (b) are not and were not, within two years before the



SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

date of this application, a director, officer, or employee of Debtor as specified in subparagraph (c) of 11 U.S.C. § 101(14), and (c) do not hold an interest materially adverse to the interest of the estate or of any class of creditors or equity holders except as stated herein.

6. Upon information and belief and to the best of my knowledge, S&MLF has no connection with parties in interest, except that the Trustee regularly employs S&MLF to represent bankruptcy estates in other unrelated bankruptcy cases in which she is the Trustee. S&MLF also makes the following disclosures of connections to parties listed by the Debtor as creditors in this case:

(a) S&MLF has been involved in cases unrelated to this bankruptcy case with The Law Offices of Ryan Alexander PLLC.

7. Upon information and belief and to the best of my knowledge, neither I, nor any member of S&MLF, represent any interest that is adverse to the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee in matters upon which it will be engaged as counsel.

8. Pursuant to FRBP 2014, this Declaration sets forth, to the best of Applicant's knowledge, S&MLF's connections (if any) with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

9. The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid.

10. In this case, time was spent by counsel discussing this matter with the Trustee and to consider how to initially address the immediate issues in this case. This pre-Application work was necessary to determine if engagement of counsel by the Trustee (and the expense of an employment application) was even economically prudent. Once the Trustee determined that it was in the interest of the estate to incur the expense of engaging counsel, this Application was prepared and submitted. This pre-Application work was undertaken for the benefit of the bankruptcy estate

and any fees claimed for this period will still be subject to review and approval by the Court if S&MLF seeks compensation for its services pursuant to 11 U.S.C. §330 and FRCP 2016.

DATED: December 16, 2016.

/s/ Jeanette E. McPherson
Jeanette E. McPherson

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# EXHIBIT A

## SCHWARTZER & MCPHERSON LAW FIRM

## BILLING RATES AS OF JANUARY 1, 2015

---

### ATTORNEYS

| | | |
|---|---|---|
| Jeanette E. McPherson | (JEM) | $450 |
| Jason A. Imes | (JAI) | $385 |

### PARALEGALS / LEGAL ASSISTANTS

| | | |
|---|---|---|
| Angela Hosey | (AFH) | $150 |