**McCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz (NSB# 7171)
Michael W. Chen, Esq (NSB#7307)
Thomas N. Beckom, Esq (NSB# 12554)
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
 Telephone:    (702) 685-0329
Facsimile:     (866) 339-5691

Attorneys for Guild Mortgage Company

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

ALESSI & KOENIG LLC

Debtor

Case No.  16-16593-abl
Chapter 7

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO:         DEBTOR, CREDITORS, AND ANY OTHER PARTY IN INTEREST.

PURSUANT to Rule 2002(g) of the Federal Rule of Bankruptcy Procedure, Thomas N. Beckom, Esq of the law firm of McCARTHY HOLTHUS LLP hereby enters his appearance as counsel of record in the above caption case on behalf of GUILD MORTGAGE COMPANY ("GUILD") and hereby request that all notices given or required to be given in the above caption case and all papers served or required to be served in this bankruptcy action be given and served upon:

Kristin A. Schuler-Hintz (NSB# 7171)
Michael W. Chen, Esq (NSB#7307)
Thomas N. Beckom, Esq  (NSB# 12554)
**McCARTHY & HOLTHUS, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Telephone:    (702) 685-0329
Facsimile:     (866) 339-5691

Email:  tbeckom@mccarthyholthus.com

Page | 1                                                        NV-15-658703-CV

1  This request encompasses all notices, copies and pleadings referred to in the United States Code and the Bankruptcy Rules, including without limitation notices of any order, motions, demands, complaints, petitions, pleadings, or requests, application and any other documents brought before this Court in this case, whether form or informal, written or oral, or transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affects or seek to affect Guild Mortgage.

DATED: December 19, 2016.

                                                **McCARTHY HOLTHUS LLP**

                              By:   /s/ *Thomas N. Beckom*
                                        Thomas N. Beckom, Esq.

**McCARTHY & HOLTHUS, LLP**
ATTORNEYS AT LAW
9510 WEST SAHARA AVENUE, SUITE 200
LAS VEGAS, NV 89117
TELEPHONE (702) 685-0329/Facsimile (866) 339-5961

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
Thomas N. Beckom, Esq., SBN 12554
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
tbeckom@mccarthyholthus.com

Attorneys for Guild Mortgage Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 16-16593-abl |
| | ) |
| Alessi & Koenig LLC, | ) Chapter 7 |
| | ) |
| Debtors. | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| | ) **REQUEST FOR SPECIAL NOTICE** |

1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | On 1/5/2017, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program |

**TRUSTEE**  **DEBTOR(S) COUNSEL**
Shelley D. Krohn  Ryan Alexander, Esq.
Shelley@TrusteeKrohn.com  ryanr@ryanalexander.us

**COUNSEL FOR TRUSTEE**
Jeanette E. McPherson, Esq.
bkfilings@s-mlaw.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Rhonda Giere

On M_MailDate, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at Las Vegas, Nevada, enclosed in a sealed envelope, with postage paid, addressed as follows:

Please see attached mailing matrix

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 1/5/2017          /s/ Rhonda Giere

2

Alessi & Koenig, LLC
9500 W. Flamingo Rd., Ste. 205
Las Vegas, NV 89147

Ryan Alexander
The Law Office of Ryan Alexander PLLC
3017 West Charleston Blvd Suite 58
Las Vegas, NV 89102

Artin Voskanian
c/o James Adams, Esq.
8010 W. Sahara Ave. Ste 260
Las Vegas, NV 89117

Edward D. Boyack Esq.
401 N Buffalo Ste. 202
Las Vegas, NV 89145

Estates at Seven Hills HOA
4131 Gunn Highway
Tampa, FL 33618

Levi Jones
c/o Kolesar & Latham
400 S Rampart #400
Las Vegas, NV 89145

Melinda Ellis James
c/o Bourassa Law Group
8668 Spring Mountain Rd. #101
Las Vegas, NV 89117

Southern Highlands Homeowners Ass'n
11411 Southern Highlands Pkwy
Ste. 100
Las Vegas, NV 89141

Tamara Peterson, Esq.
10001 Park Run Drive
Las Vegas, NV 89145