Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146-5308
Phone: 702-228-7590 / Fax: 702-892-0122
E-Mail: bkfilings@s-mlaw.com

*Attorneys for Shelley D. Krohn, Trustee*

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ALESSI & KOENIG, LLC,<br><br>Debtor. | Case No. BK-S-16-16593-abl<br><br>Chapter 7<br><br>**AMENDED SUPPLEMENTAL DECLARATION OF JEANETTE E. MCPHERSON RE TRUSTEE'S APPLICATION TO EMPLOY COUNSEL UNDER GENERAL RETAINER**<br><br>[No Hearing Requested] |

I, Jeanette E. McPherson, declare the following under penalty of perjury:

1. I am an attorney and counselor at law, duly admitted to practice before all Courts of the State of Nevada and before the United States District Court for the District of Nevada.

2. I am an attorney with the Schwartzer & McPherson Law Firm ("S&MLF"). S&MLF maintains offices at 2850 South Jones Blvd., Suite 1, Las Vegas NV 89146.

3. By an Order [Docket 15] entered on December 19, 2016, Shelley D. Krohn ("Trustee"), Chapter 7 Trustee herein, was authorized to retain S&MLF as her legal counsel and for the purpose of representing the Trustee and the bankruptcy estate.

4. A prior declaration has been filed in this matter regarding S&MLF's disclosure of representations of any party or interest adverse to the bankruptcy estate.

5. Upon review of further information, S&MLF makes further disclosure as set forth herein. In the past, in matters not related to this bankruptcy case, S&MLF has represented U.S. Bank, National Association.

DATED: May 30, 2017.

/s/ Jeanette E. McPherson
Jeanette E. McPherson